UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Maureen O'Connor | : | Chapter 13 |
| | : | |
|    Debtor (s) | : | Case No.: 11-16656 MDC |

## ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

AND NOW, this _30th_ day of _April_, 2015 upon consideration of the Motion of Maureen O'Connor to Avoid Judicial Lien, it is hereby;

ORDERED and DECREED that the Judicial Lien held in favor of FIA Card Services, N.A. on Debtor's residence located at 1423 Elbridege St., Philadelphia, PA, 19149 is AVOIDED.

FURTHER ORDERED:

_____
Hon. Magdeline D. Coleman